IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LANCEFORD TAYLOR,**

*Plaintiff,*

v.

**WARDEN JOHNSON ET AL.,**

*Defendant.*

CASE NO. 3:25-CV-482-CWR-LGI

**ORDER**

This case arises from Lanceford Taylor's petition for writ of habeas corpus filed on July 7, 2025. Docket No. 1. On September 18, 2026, this Court adopted the Magistrate Judge's Report and Recommendations, Docket No. 43, and dismissed Taylor's petition with prejudice. Docket No. 49. The Court also denied petitioner's application for certificate of appealability. *Id.* at 2-3. Taylor filed a timely notice of appeal to the Fifth Circuit. Docket No. 51.

Now pending before this Court is petitioner's motion for leave to appeal *in forma pauperis*. Docket No. 52. A prisoner seeking leave to appeal *in forma pauperis* "shall submit a certified copy of the trust fund account statement . . . for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). The statement petitioner submitted as an attachment to his pending motion, Docket No. 52-1, does not have the certification of an authorized officer. For the Court to rule on the motion, petitioner must submit a statement that includes a certification from an authorized official attesting to the contents of Taylor's prison trust fund account during the 6-months preceding

his notice of appeal. Petitioner is thus ordered to submit a current and certified copy of his trust fund account statement by November 25, 2026. Failure to comply may result in denial of *in forma pauperis* status.

**SO ORDERED**, this the 4th day of November 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

----------MUST BE COMPLETED BY PLAINTIFF---------
Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, ________________________________________, ________________________________
(Name of Plaintiff) (Prisoner Number)
authorize the Clerk of Court to obtain from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the appeal filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

___________________________
(Signature of Plaintiff)

______________________
(Date)

IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $____________________ on account to his credit at the _________________________________ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
__________________________________________________________________________.

I further certify that during the last six (6) months the plaintiff's average monthly **balance** was $__________.

I further certify that during the last six (6) months the plaintiff's average monthly **deposit** was $___________.

_____________________
TELEPHONE NUMBER
OF OFFICER FOR VERIFICATION

___________________________________
AUTHORIZED OFFICER OF INSTITUTION

_____________________
DATE

__________________________________
PRINT NAME OF AUTHORIZED OFFICER

RETURN COMPLETED FORM TO:
U. S. DISTRICT CLERK
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201